UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
John E. Triplett, Acting Clerk
United States District Court

By casbell at 4:19 pm, Sep 22, 2020

| | |
|---|---|
| SABRINA JOHNSON-NIXON ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v.                       ) | |
| ) | NO. 2:19-CV-00098-LGW-BWC |
| ) | |
| WAYNE COUNTY SCHOOL DISTRICT ) | |
| ) | |
| Defendant.               ) | |
| ) | |

### ORDER

Before the Court is the parties' Stipulation of Dismissal With Prejudice. (Doc. 23) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, all claims in this case are **DISMISSED WITH PREJUDICE**. Each party in this action shall bear its own costs and attorney fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 22 day of September 2020.

_____
LISA GODBEY WOOD
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA